Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ADAIR, KENT HENDERSON, and TARRIS WALLACE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>AYLO FREESITES LTD., a foreign entity, AYLO HOLDINGS S.A.R.L., a foreign entity, 9219-1568 QUEBEC, INC., a foreign entity, AYLO USA INCORPORATED and AYLO GLOBAL ENTERTAINMENT, INC,<br><br>Defendants. | Case No. 2:25-cv-06351-WLH-KS<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULE OF PRETRIAL AND TRIAL DATES**<br><br>Assigned to the Hon. Wesley L. Hsu<br><br>Amended Complaint filed: September 8, 2025<br>Case removed: July 11, 2025<br>Trial set: November 16, 2026 |

This joint stipulation is made by and between Plaintiffs Scott Adair, Kent Henderson, and Tarris Wallace ("Plaintiffs") and Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc ("Defendants"; together with Plaintiffs, the "Parties"), through their respective counsel, and with reference to and in contemplation of the following facts and circumstances:

1. On November 10, 2025, the Court issued a Civil Pretrial Schedule and Trial Order, which included a Schedule of Pretrial and Trial Dates. (ECF No. 37.)

2. On January 7, 2026, the Court, on its own motion, continued the hearing on Defendants' Motion to Dismiss the Amended Complaint from January 8, 2026, to January 23, 2026. (ECF No. 44.)

3. On January 22, 2025, the Court, on its own motion, continued the hearing on Defendants' Motion to Dismiss the Amended Complaint from January 23, 2026 to March 20, 2026. (ECF No. 45.)

4. Under the present schedule, Plaintiffs' forthcoming motion for class certification must be heard no later than April 10, 2026 – that is, only three weeks after the present hearing date on Defendants' Motion to Dismiss the Amended Complaint.

5. On January 27, 2026 and February 10, 2026, the Parties met and conferred to discuss a revised pretrial and trial schedule in light of the current case schedule. The Parties agreed on the following modified schedule of pretrial and trial dates (the "Modified Schedule"), and submit it herewith for the Court's approval and with the following statements in support:

//

//

//

//

//

| **Event** | | **Weeks Before FPTC for New Proposed Date** | **Current Date (ECF No. 37)** | **New Proposed Date** |
|---|---|---|---|---|
| Motion to dismiss hearing | | 55 | 3/20/2026 | no change |
| Last day to hear motion to amend pleadings | | 52 | 2/13/2026 | 04/10/2026 |
| Class cert. briefing | Motion due | 51 | | 04/17/2026 |
| | Opposition due | 47 | | 05/15/2026 |
| | Reply due | 45 | | 05/29/2026 |
| Hearing on motion for class cert. | | 41 | 4/10/2026 | 06/26/2026 |
| Fact discovery cut-off | | 32 | 06/26/2026 | 08/26/2026 |
| Expert Disclosure (Initial) | | 30 | 07/10/2026 | 09/10/2026 |
| Expert Disclosure (Rebuttal) | | 26 | 07/17/2026 | 10/08/2026 |
| Expert Discovery Cut-Off | | 23 | 07/17/2026 | 10/29/2026 |
| Motion for Summary Judgment Briefing | Meet and confer | 20 | | 11/19/2026 |
| | Moving party's brief | 17 | | 12/10/2026 |
| | Opposition brief | 13 | | 01/07/2027 |
| | Reply brief | 11 | | 01/17/2027 |
| Last day to hear motions | | 8 | 07/31/2026 | 02/12/2027 |
| Last day to hear Daubert Motions | | 8 | 08/26/2026 | 02/12/2027 |
| Deadline to complete settlement conference | | 5 | 09/18/2026 (private) | 03/05/2027 |
| Trial filings (first round) | | 4 | 09/25/2026 | 03/12/2027 |
| Trial filings (second round) | | 2 | 10/09/2026 | 03/26/2027 |
| Final pretrial conference | | | 10/23/2026 | 04/09/2027 |
| Jury Trial | | | 11/16/2026 | 04/30/2027 |

6. This is the Parties' first request to continue pretrial and trial dates.

7. Good cause exists to amend the Schedule of Pretrial and Trial Dates. The details supporting this stipulation are set forth in the Declaration of Christopher Lisy, counsel for Defendants, filed concurrently herewith.

8. Since entry of the Civil Pretrial Schedule and Trial Order, the Court has continued the hearing on Defendants' Motion to Dismiss the Amended Complaint. The current hearing date of March 20, 2026, now falls after the deadline for Plaintiffs' opening brief on class certification. The Parties respectfully submit that a ruling on the pending Motion to Dismiss is necessary to understand the scope of this complex case and for Plaintiffs to move for class certification, as the Court's ruling may significantly impact the scope and nature of the class certification briefing. While Defendants' Motion to Dismiss has been pending, the Parties have commenced discovery, including by propounding and responding to written discovery, and discussing the scope of a proposed Rule 30(b)(6) deposition.

9. In addition to a modest two-month continuance of several dates to accommodate the future hearing of Defendants' Motion to Dismiss, the Parties' proposed schedule deviates from this Court's schedule and form schedule in three relevant ways.

10. *First*, the Parties have proposed a revised expert discovery schedule. Because this is a case involving technical issues of software operability, the case is likely to involve extensive expert discovery. The Parties have therefore requested a modified schedule of expert discovery to account for the complexity of expert discovery, as well as to allow for the Parties to depose experts concerning their rebuttal reports, which would not have been possible under the prior schedule.

11. *Second*, and relatedly, the Parties have proposed a revised summary judgment schedule. Given the technical nature of this case, expert reports are likely to play a key role in any motion for summary judgment. Accordingly, the Parties have proposed a modified case schedule that allows expert discovery to conclude before

the Parties are required to meet and confer and then brief motions for summary judgment, which would not have been possible under the prior schedule.

12. *Third*, the Parties have aligned the date for *Daubert* motions to be heard with the summary judgment schedule in light of the importance of expert discovery in this case, as well as to limit any delays in the case schedule.

13. Regarding the hearing on Defendants' Motion to Dismiss the Amended Complaint currently set for March 20, 2026, Defendants' lead counsel (based in Boston, Massachusetts) is available to appear remotely on that date and respectfully requests permission to do so. If the Court grants the request to appear remotely, the Parties agree to keep the hearing on March 20, 2026. However, if the Court prefers an in-person appearance for counsel for all Parties, the Parties respectfully request the continuance of the hearing to a later date.

14. In preparing the Modified Schedule, the Parties have accounted for court holidays and closures and have ensured compliance with the requirements set forth in the Court's Civil Pretrial Schedule and Trial order.

THEREFORE, IT IS SO STIPULATED between the Parties to submit the Modified Schedule for the Court's approval.

//

//

//

//

//

//

//

//

//

//

DATED: February 11, 2026

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher A. Lisy*
Christopher A. Lisy (admitted *pro hac vice*)
Seth R. Goldman (admitted *pro hac vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

DATED: February 11, 2026

CARROLL SHAMBERG LLC.

By: */s/ Kyle Shamberg*
Kyle Shamberg (admitted p*ro hac vice*)

MILLER SHAH LLP
James C. Shah
Kolin C. Tang

*Attorneys for Plaintiffs*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rules 5-4.3.4, I hereby certify that the contents of this document are acceptable to counsel for Plaintiffs, and that I obtained counsel's authorization to file this document

*/s/ Christopher A. Lisy*
Christopher A. Lisy