Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

*Attorneys for Defendants*
*Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT ADAIR, KENT HENDERSON, and TARRIS WALLACE, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

AYLO FREESITES LTD., a foreign entity, AYLO HOLDINGS S.A.R.L., a foreign entity, 9219-1568 QUEBEC, INC., a foreign entity, AYLO USA INCORPORATED and AYLO GLOBAL ENTERTAINMENT, INC,

Defendants.

Case No. 2:25-cv-06351-WLH-KS

**DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

Assigned to the Hon. Wesley L. Hsu

Hearing
Date: March 20, 2026
Time: 10:30 a.m.
Location: 350 W. First Street
Courtroom 9B, 9th Floor
Los Angeles, CA 90012

Amended Complaint filed: September 8, 2025
Case removed: July 11, 2025
Trial date: April 26, 2027

Christopher A. Lisy (admitted *pro hac vice*)
CALisy@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (admitted *pro hac vice*)
SRGoldman@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

Defendants respectfully submit the following supplemental authorities pursuant to the Court's direction at the March 20, 2026 hearing on Defendants' Motion to Dismiss the Amended Complaint:

1. *Popa v. Microsoft Corp.*, 153 F.4th 784, 791 (9th Cir. 2025) (Attached hereto as **Exhibit A**)

2. *In re Nickelodeon Consumer Privacy Litig.*, 827 F.3d 262, 266 (3d Cir. 2016) (Attached hereto as **Exhibit B**)

3. *Delong v. PHE, Inc.*, 2025 WL 2447787, at *5 (E.D. Pa. Aug. 25, 2025) (Attached hereto as **Exhibit C**)

4. *Thomas v. Papa Johns Int'l, Inc.*, 2024 WL 2060140, at *1–2 (S.D. Cal. May 8, 2024) (Attached hereto as **Exhibit D**)

5. *Saeedy v. Microsoft Corp.*, 2023 WL 8828852, at *4–5 (W.D. Wash. Dec. 21, 2023) (Attached hereto as **Exhibit E**)

6. *D'Angelo v. Penny OpCo, LLC*, 2023 WL 7006793, at *10–11 (S.D. Cal. Oct. 24, 2023) (Attached hereto as **Exhibit F**)

DATED: March 27, 2026

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher A. Lisy*
Christopher A. Lisy (admitted *pro hac vice*)
Seth R. Goldman (admitted *pro hac vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants*
*Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*