Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ADAIR, KENT HENDERSON, and TARRIS WALLACE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>AYLO FREESITES LTD., a foreign entity, AYLO HOLDINGS S.A.R.L., a foreign entity, 9219-1568 QUEBEC, INC., a foreign entity, AYLO USA INCORPORATED and AYLO GLOBAL ENTERTAINMENT, INC,<br><br>Defendants. | Case No. 2:25-cv-06351-WLH-KS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Assigned to the Hon. Wesley L. Hsu<br><br><u>Hearing</u><br>Date: July 10, 2026<br>Time: 1:30 p.m.<br>Location: 350 W. First Street<br>Courtroom 9B, 9th Floor<br>Los Angeles, CA 90012<br><br>Amended Complaint filed: September 8, 2025<br>Case removed: July 11, 2025<br>Trial date: April 26, 2027 |

Christopher A. Lisy (admitted *pro hac vice*)
CALisy@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (admitted *pro hac vice*)
SRGoldman@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 10, 2026, at 1:30 p.m., or as soon as thereafter as the matter may be heard, before the Honorable Wesley L. Hsu, in Courtroom 9B of the First Street Courthouse, located at 350 W. 1st Street, 9th Floor, Los Angeles, California 90012, Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc. will and hereby do move the court for an order compelling Plaintiffs to arbitrate their claims and staying this action pending the outcome of the arbitration.

This Motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. § 3. Defendants bring this Motion on the grounds that Plaintiffs agreed to be bound by a binding arbitration agreement, and the case should be directed to arbitration and stayed pending the outcome of arbitration.

This Motion is made following the meet-and-confer teleconference of counsel pursuant to L.R. 7-3, which took place on May 5, 2026 and again on May 11, 2026, and whereby counsel thoroughly discussed the substance and potential resolution of this Motion. *See* Lisy Decl. ¶ 9. This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Request for Judicial Notice; the Declaration of Christopher A. Lisy and exhibits thereto; the Declaration of Ibrahim Sabbagh and exhibits thereto; all pleadings, papers, and records in this action; and upon such oral and documentary evidence or argument as may be presented at or before any hearing of this Motion.

//

//

//

//

//

//

//

DATED: May 12, 2026

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher Lisy*
Christopher A. Lisy (admitted *Pro Hac Vice*)
Seth R. Goldman (admitted *Pro Hac Vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Freesites Ltd., Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, Aylo Global Entertainment Inc.,*