Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia A. Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT ADAIR, KENT HENDERSON, and TARRIS WALLACE, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

AYLO FREESITES LTD., a foreign entity, AYLO HOLDINGS S.A.R.L., a foreign entity, 9219-1568 QUEBEC, INC., a foreign entity, AYLO USA INCORPORATED and AYLO GLOBAL ENTERTAINMENT, INC,

Defendants.

Case No. 2:25-cv-06351-WLH-KS

**JOINT STIPULATION TO STAY DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RESOLUTION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Assigned to the Hon. Wesley L. Hsu

First Amended Complaint filed: September 8, 2025
Case removed: July 11, 2025
Trial set: April 26, 2027

Christopher A. Lisy (admitted *pro hac vice*)
CALisy@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (admitted *pro hac vice*)
SRGoldman@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

Pursuant to Civil Local Rule 7-1, Plaintiffs Scott Adair and Kent Henderson ("Plaintiffs")[1] and Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc. ("Defendants") (together, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 8, 2025, Plaintiffs filed the First Amended Complaint (ECF No. 24);

WHEREAS, on September 22, 2025, Defendants filed a Motion to Dismiss the First Amended Complaint (ECF No. 28);

WHEREAS, on May 12, 2026, after receipt of new information, Defendants filed a Motion to Compel Arbitration (ECF No. 52), with a hearing date of July 10, 2026;

WHEREAS, on May 19, 2026, the Court issued an order granting in part and denying in part Defendants' Motion to Dismiss, granting the Motion as to personal jurisdiction over Defendants Aylo Holdings, Aylo Global, and Aylo USA, but denying the Motion as to Plaintiffs' California Penal Code § 631 claim (Count I), Invasion of Privacy claim (Count II), and Intrusion Upon Seclusion claim (Count III) (ECF No. 28);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Defendants to respond to the First Amended Complaint was June 2, 2026;

WHEREAS, pursuant to Court order (ECF No. 58), the deadline for Plaintiffs to file an amended complaint, if they so chose, was June 9, 2026;

WHEREAS, Plaintiffs did not file an amended complaint in response to ECF No. 58;

[1] On May 12, 2026, Plaintiff Tarris Wallace voluntarily dismissed his claims against all named defendants. (Dkt. No. 51).

WHEREAS, the Parties have agreed that Defendants' response to the operative First Amended Complaint is not due while Defendants' Motion to Compel Arbitration remains pending;

WHEREAS, the requested stay will promote judicial efficiency by allowing the Court to first resolve the Motion to Compel Arbitration, which may resolve or affect the claims in this case, before Defendants are required to respond to the operative First Amended Complaint;

WHEREAS, the Parties have not previously requested any extension or stay of Defendants' deadline to respond to the First Amended Complaint;

WHEREAS, this Stipulation is not entered into and the Proposed Order, filed concurrently herewith, is not sought for any improper purpose but in good faith;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, THAT:

1. Defendants' deadline to respond to the operative First Amended Complaint (ECF No. 24) is stayed pending resolution of Defendants' Motion to Compel Arbitration (ECF No. 52).
2. If Defendants' Motion to Compel Arbitration is denied, Defendants shall respond to the operative First Amended Complaint (ECF No. 24) within fourteen (14) days of the Court's ruling, unless the Court orders otherwise.
3. Nothing in this stipulation waives any party's rights, arguments, or defenses.

**IT IS SO STIPULATED.**

Dated: June 16, 2026

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: */s/ Christopher A. Lisy*
Christopher A. Lisy (admitted *pro hac vice*)
Seth R. Goldman (admitted *pro hac vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Freesites Ltd, Aylo Holdings S.à r.l., 9219-1568 Quebec Inc., Aylo USA Incorporated, and Aylo Global Entertainment Inc.*

DATED: June 16, 2026

CARROLL SHAMBERG LLC.

By: */s/ Kyle Shamberg*
Kyle Shamberg (admitted p*ro hac vice*)

MILLER SHAH LLP
James C. Shah
Kolin C. Tang

*Attorneys for Plaintiffs*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rules 5-4.3.4, I hereby certify that the contents of this document are acceptable to counsel for Plaintiffs, and that I obtained counsel's authorization to file this document

*/s/ Christopher A. Lisy*
Christopher A. Lisy