Nada I. Shamonki (SBN 205359)
NIShamonki@mintz.com
Nadia Zivkov (SBN 342509)
NAZivkov@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

*Attorneys for Defendants*
*Aylo Freesites Ltd, and 9219-1568 Quebec Inc.*

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ADAIR, KENT HENDERSON, and TARRIS WALLACE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO FREESITES LTD., a foreign entity, AYLO HOLDINGS S.A.R.L., a foreign entity, 9219-1568 QUEBEC, INC., a foreign entity, AYLO USA INCORPORATED and AYLO GLOBAL ENTERTAINMENT, INC,<br><br>Defendants. | Case No. 2:25-cv-06351-WLH-KS<br><br>**JOINT STIPULATION TO DEFER SETTING TRIAL AND PRETRIAL DEADLINES (DKT. 66) PENDING RESOLUTION OF PLAINTIFFS' FORTHCOMING MOTION TO AMEND**<br><br>Assigned to the Hon. Wesley L. Hsu<br><br>Amended Complaint filed: June 9, 2026<br>Case removed: July 11, 2025<br>Trial date: April 26, 2027 |

Christopher A. Lisy (admitted *pro hac vice*)
CALisy@mintz.com
**MINTZ LEVIN COHN FERRIS**
**GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (admitted *pro hac vice*)
SRGoldman@mintz.com
**MINTZ LEVIN COHN FERRIS**
**GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

*Attorneys for Defendants*
*Aylo Freesites Ltd, and 9219-1568 Quebec Inc.*

Pursuant to Civil Local Rule 7-1, Plaintiffs Scott Adair and Kent Henderson ("Plaintiffs")[1] and Defendants Aylo Freesites Ltd, and 9219-1568 Quebec Inc. ("Defendants")[2] (together, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on July 17, 2026, the Court issued an Order at Docket No. 66 (the "Order") denying Defendants' Motion to Compel Arbitration because of a dispute regarding whether Plaintiffs Scott Adair and Kent Henderson intentionally created the two accounts at issue;

WHEREAS, the Order directed the Parties to proceed to trial on the "narrow question of whether Plaintiffs intentionally created the two accounts in question" (the "Trial") and ordered the Parties to meet and confer regarding a jointly proposed trial date and any pretrial filing deadlines and to notify the Court within a week of the meet and confer (Dkt. 66);

WHEREAS, the Parties met and conferred regarding the scheduling of the Trial and related pretrial deadlines;

WHEREAS, Plaintiffs intend to file a motion to amend the complaint to substitute a new class representative in place of Plaintiffs Scott Adair and Kent Henderson, and to dismiss the individual claims of Scott Adair and Kent Henderson without prejudice (the "Motion to Amend");

WHEREAS, to conserve judicial time and resources, the Parties agree that it is appropriate to resolve Plaintiffs' forthcoming Motion to Amend before the Trial because the resolution of the Motion to Amend may affect or obviate the need for the Trial;

---

[1] On May 12, 2026, Plaintiff Tarris Wallace voluntarily dismissed his claims against all named defendants. (Dkt. No. 51).

[2] On May 19, 2026, the Court dismissed Defendants Aylo Holdings S.A.R.L., Aylo Global Entertainment, Inc., and Aylo USA Incorporated without prejudice for lack of personal jurisdiction. (Dkt. No. 58).

WHEREAS, concurrently with the filing of this Stipulation, Defendants are filing their "Ex Parte Application for Clarification of Court's July 17, 2026 Order (Dkt. 66) on Defendants' Motion to Compel Arbitration" (the "Ex Parte Application"), which seeks clarification regarding whether the Order held the Motion to Compel Arbitration in abeyance pending resolution of the factual dispute or denied it without prejudice; and

WHEREAS, Plaintiffs take no position on the Ex Parte Application;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, and subject to the Court's approval, as follows:

1. **Plaintiffs' Motion to Amend.** Plaintiffs shall file the Motion to Amend no later than August 14, 2026.

2. **Hearing Date.** The Motion to Amend shall be set for hearing on October 2, 2026, or such other subsequent date as may be convenient for the Court.

3. **Opposition.** Defendants' opposition to the Motion to Amend, if any, shall be due on or before September 11, 2026. If, before that date, the Court continues the hearing, Defendants' opposition shall instead be due twenty-one (21) days before the continued hearing date, unless otherwise ordered by the Court.

4. **Reply.** Plaintiffs' optional reply in support of the Motion to Amend shall be due on or before September 18, 2026. If, before that date, the Court continues the hearing, Plaintiffs' reply shall instead be due fourteen (14) days before the continued hearing date, unless otherwise ordered by the Court.

5. **Deferral of Trial and Pretrial Deadlines**. The Trial referenced in the Court's Order at Docket No. 66, concerning whether Adair and Henderson intentionally created the accounts at issue, and all related pretrial deadlines are deferred pending the Court's resolution of Plaintiffs' Motion to Amend.

**6. Post-Resolution Obligations.** Within seven (7) days after the Court resolves the Motion to Amend, the parties shall meet and confer regarding whether the Trial remains necessary and, if so, shall jointly propose a trial date and all related pretrial deadlines, which the Parties shall submit to the Court within seven (7) days of the meet and confer.

**7. Reservation of Rights.** This Stipulation shall not constitute, and shall not be construed as, a waiver of any Party's rights or positions with respect to: (a) the Motion to Amend; (b) the Ex Parte Application; (c) Defendants' Motion to Compel Arbitration; or (d) the merits of any claim or defense in this action. Each Party expressly reserves all rights, claims, and defenses.

Dated: August 7, 2026

Respectfully submitted,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.

By: *_/s/ Christopher A. Lisy_*
Christopher A. Lisy (admitted *pro hac vice*)
Seth R. Goldman (admitted *pro hac vice*)
Nada I. Shamonki
Nadia A. Zivkov

*Attorneys for Defendants Aylo Freesites Ltd, and 9219-1568 Quebec Inc.*

Dated: August 7, 2026

CARROLL SHAMBERG LLC.

By: *_/s/ Kyle Shamberg_*
Kyle Shamberg (admitted *pro hac vice*)

MILLER SHAH LLP
James C. Shah
Kolin C. Tang

*Attorneys for Plaintiffs*